1  IRELL & MANELLA LLP
   Jeffrey M. Reisner (State Bar No. 143715)
2  840 Newport Center Drive, Suite 400
   Newport Beach, California 92660-6324
3  Telephone:    (949) 760-0991
   Facsimile:    (949) 760-5200
4
   [Proposed] Attorneys for the Official Committee
5  of Unsecured Creditors

6

7                    UNITED STATES BANKRUPTCY COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9                            NORTHERN DIVISION

10

11 In re                                  Case No. ND 07-10918 RR
12
                                          Chapter 11
13 ALERT CELLULAR, L.C.,
                                          **REQUEST FOR NOTICE**
14         Debtor and Debtor-in-
           Possession.                    [No Hearing Required]
15

16

17        **PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Bankruptcy Procedure

18 2002, 3017, 4001, 9007 and 9010(b), the Official Unsecured Creditors' Committee (the

19 "Committee") appointed in the chapter 11 case of Alert Cellular, L.C. ("Alert"), debtor and

20 debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), hereby requests

21 notice of all matters in this chapter 11 case, which require notice to creditors, to a creditors'

22 committee, or to other parties in interest, including, without limitation, all notices and papers

23 referred to in Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9007 and 9010(b),

24 copies of all proposed plans and disclosure statements, notices of any orders, applications,

25 complaints, proofs of claim, demands hearings, motions, petitions, pleadings or requests

26 (whether for relief from stay, adequate protection or otherwise), any other documents brought

27 before the Court in this case, whether formal or informal, whether written or oral, and whether

28

Case 9:07-bk-10918-RR    Doc 146    Filed 08/06/07    Entered 08/06/07 15:27:40    Desc
Main Document    Page 2 of 5

1  transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise. The
2  Committee requests that such notice be served as follows:

| IF BY MAIL OR DELIVERY: | IF BY E-MAIL, TELECOPIER OR TELEPHONE: |
|---|---|
| Jeffrey M. Reisner, Esq.<br>Kerri Lyman, Esq.<br>Irell & Manella LLP<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA  92660 | Facsimile:  (949) 760-5200<br>**Email: jreisner@irell.com**<br>**Email: klyman@irell.com**<br>Telephone:  (949) 760-0991 |

**PLEASE TAKE FURTHER NOTICE** that neither this request for special notice, nor any subsequent appearance, pleading, proofs of claim, or other writing or conduct shall constitute a waiver of any of the Committee's (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters under any agreement, law or equity. All of such rights hereby are reserved and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this bankruptcy case.

Dated: August ___3___, 2007

Respectfully submitted,

IRELL & MANELLA LLP

By: _____
Jeffrey M. Reisner
[Proposed] Attorneys for the Official Committee of Unsecured Creditors of Alert Cellular, L.C.

2

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 840 Newport Center Drive, Suite 400, Newport Beach, California 92660-6324.

On August 6, 2007, I served the foregoing document described as **REQUEST FOR NOTICE** on each interested party, as follows:

## REFER TO ATTACHED SERVICE LIST

[X]    (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party, as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Irell & Manella LLP, Newport Beach, California. I am readily familiar with Irell & Manella LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Executed on August 6, 2007, at Newport Beach, California.

I declare under penalty of perjury that the foregoing is true and correct.

Allyson Cohen
(Type or print name)          (Signature)

0.0 01

*Alert Cellular, L.C.*
*Limited Service List*

Office of the United States Trustee
Brian Fittipaldi
San Fernando Valley Division
21051 Warner Center Lane, Ste. 115
Woodland Hills, CA 91367

Attorneys for Technocel
Bobby Samini, Esq.
Samini & Associates
1201 Dove Street, Ste. 400
Newport Beach, CA 92660

Counsel to Cellco Partnership and Related Entities dba Verizon Wireless
Julia W. Brand, Esq.
Katten Muchin Rosenman LLP
2029 Century Park East, Ste. 2600
Los Angeles, CA 90067

Brian Fittipaldi
United States Trustee
Northern Division
128 East Carrillo Street, Ste. 126
Santa Barbara, CA 93101

Attorneys for Reliance Communications
Martin S. Zohn/Scott Rutsky
Proskauer Rose
2049 Century Park East, Ste. 3200
Los Angeles, CA 90067-3206

T-Mobile USA, Inc.
Legal Department
Attn: Susan Hacker
12920 S.E. 38th Street
Bellevue, WA 98006

Counsel for Debtor
Malhar S. Pagay, Esq.
Scott E. McFarland, Esq.
Pachulski, Stang, Ziehl & Young, P.C.
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

David Eseke Jr., Managing Member & Chief Executive Officer
Alert Cellular, L.C.
4180 Via Real, Ste. E
Carpinteria, CA 93013

Counsel to General Growth Properties
Ivan M. Gold, Esq.
Allen Matkins Leck Gamble Mallory & Natsis LLP
Three Embarcadero Ctr., 12th Floor
San Francisco, CA 94111-4074

Counsel to T-Mobile USA, Inc.
Jon Rizzardi
John R. Knapp, Jr.
Cairncross & Hempelmann, P.S.
524 Second Avenue, Ste. 500
Seattle, WA 98104-2323

*20 Largest Unsecured Creditors*

Samuel B. Garber, Esq.
Assistant General Counsel to General Growth Management, Inc.
110 North Wacker Drive
Chicago, IL 60606

Westfield
Attn: Corporate Officer
11601 Wilshire Blvd., 11th Floor
Los Angeles, CA 90025

Mayer Hoffman McCann-Cbiz
Attn: Corporate Officer
File 50441
Los Angeles, CA 90074

Advo
Attn: Tony Freda
PO Box 1323
Moab, UT 84532

Staples
Attn: Gail or Authorized Agent
500 Staple Drive
Framington, MA 01702

Reliance Communications, LLC
Attn: Parveen aka Mike-Narula
20A Commerce Way
Totowa, NJ 07512

Brightstar
Attn: Mario Alonso
PO Box 534204
Atlanta, GA 30353

Foreign Trade Corporation dba Technocel, Inc.
Attn: Rami Rostami
130 W. Cohcran Street
Simi Valley, CA 93065

Dewerd Capital Partners
Attn: Corporate Officer
3345 Foxen Canyon Road
PO Box 277
Los Olivos, CA 93441

Federal Express
Attn: Authorized Agent
PO Box 7221
Pasadena, CA 91109

Global Warranty Group
Attn: Corporate Officer
500 Middle Country Road
St. James, NY 11780

Cellular Max Inc.
Attn: Eric Lawrence
PO Box 2470
Beaumont, TX 77704

Wireless Xcessories
Attn: Dana Crouse
1840 County Line Road
Huntington Valley, PA 19006

Aerovoice
Attn: Rafi
2265 E. El Segundo Blvd.
El Segundo, CA 90245

Wireless One
Attn: Bill Peck
9710 De Soto Avenue
Chatsworth, CA 91311

Boise Mall LLC
Attn: Corporate Officer
350 N. Milwaukee
Boise, ID 83704

Macerich Company
Attn: Carol Milton
Legal Department
401 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401

*Requests for Special Notice and Other Parties in Interest*

Attorneys for Landlord Creditors
The Macerich Company & Westfield Corp.
Thomas J. Leanse/Dustin P. Branch
Katten Muchin Rosenman LLP
2029 Century Park East, Ste. 2600
Los Angeles, CA 90067-3012

Attorneys for Cellular Max, Inc.
Scott C. Kinsel, Esq.
Moore Landrey Law Firm, LLP
1609 Shoal Creek Blvd., Ste. 100
Austin, TX 78701

Wells Fargo
Attn: Jeff Pero
Senior Business Relationship Manager
299 South Main, 11th Floor
Salt Lake City, UT 84111

Attorneys for David Eseke, Jr.
Joseph A. Eisenberg P.C.
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Plaza Bonita, LP
Attn: Corporate Officer
3030 Plaza Bonita Rd., #2075
National City, CA 91950

Simon Property Group
Attn: Corporate Officer
115 West Washington Street
Indianapolis, IN 46204

Attorneys for T-Mobile
Barry Glaser, Esq.
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Ste. 500
Woodland Hills, CA 91367

Attorneys for In Touch Concepts Inc.
Jaspreet S. Mayall, Esq.
Certilman Balin Adler & Hyman LLP
90 Merrick Avenue
East Meadow, NY 11554

Attorneys for JP Morgan Chase Bank NA
Philip R. Rudd
Kutak Rock LLP
8601 North Scottsdale Road, Ste. 300
Scottsdale, AZ 85253

Wells Fargo & Co.
Attn: Mr. Howard I. Atkins
Chief Financial Officer
420 Montgomery Street
San Francisco, CA 94104

UPS
Attn: Terry
Lockbox 577
Carol Stream, IL 60132

Counsel for JP Morgan Chase
c/o Michael B. Reynolds, Esq.
Robert R. Kinas, Esq.
Snell & Wilmer LLP
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626

Attorneys for Placo Investment, LLC
Samuel Oh, Esq.
Lim, Ruger & Kim, LLP
1055 West Seventh Street, Ste. 2800
Los Angeles, CA 90017

Paul F. Donsbach, Esq.
Kutak Rock LLP
515 South Figueroa Street, Ste. 1240
Los Angeles, CA 90071

Wells Fargo Bank, N.A.
Attn: Corporate Officer
PO Box 8203
Boise, ID 83707-2203