IRELL & MANELLA LLP
Jeffrey M. Reisner (State Bar No. 143715)
Kerri Lyman (State Bar No. 241615)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:     (949) 760-0991
Facsimile:     (949) 760-5200

[Proposed] Attorneys for the Official Committee
of Unsecured Creditors of Alert Cellular, L.C.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re | ) Case No. ND 07-10918 RR |
| | ) |
| ALERT CELLULAR, L.C., | ) Chapter 11 |
| | ) |
| | ) **APPLICATION FOR ORDER (1)** |
| Debtor and Debtor-in-Possession. | ) **AUTHORIZING THE EMPLOYMENT** |
| | ) **OF IRELL & MANELLA LLP AS** |
| | ) **COUNSEL FOR THE OFFICIAL** |
| | ) **COMMITTEE OF UNSECURED** |
| | ) **CREDITORS OF ALERT CELLULAR,** |
| | ) **L.C.; AND (2) MODIFIED FEE** |
| | ) **APPLICATION PROCEDURES** |
| | ) |
| | ) [No Hearing Required Pursuant to Local |
| | ) Bankruptcy Rule 2014(1)(b)(1) and 9013- |
| | ) 1(g)(M)] |
| | ) |

**TO THE HONORABLE ROBIN RIBLET, UNITED STATES BANKRUPTCY JUDGE,**

**THE DEBTOR AND ITS COUNSEL, AND TO THE OFFICE OF THE UNITED STATES**

**TRUSTEE:**

The Official Committee of Unsecured Creditors (the "Committee"), duly appointed in the

chapter 11 case of Alert Cellular, L.C. (the "Debtor" or "Alert"), hereby submits this application

for an order (1) authorizing the employment of Irell & Manella LLP ("I&M") as counsel to the

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT
OF IRELL & MANELLA LLP AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
#1728798.1

1 Committee effective as of July 23, 2007; and (2) for modified fee application procedures (the

2 "Application").   This Application is brought pursuant to Sections 1102, 1103, 330 and 504 of

3 Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rules 2014,

4 2016 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

5      The Application is based upon the Declaration of Jeffrey M. Reisner (the "Reisner

6 Declaration") filed concurrently herewith, the record in the Debtor's case, and such additional

7 arguments and evidence that may be properly presented to this Court at, or prior to, any hearing or

8 ruling on the Application, if a hearing is required.

9 **I.**

10 **STATEMENT OF FACTS**

11     **A.**    **Jurisdiction.**

12     1.    The Court has jurisdiction over this Application under 28 U.S.C. §§ 157 and 1334.

13 This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A).

14     2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

15     3.    The statutory bases for the relief requested herein are sections 1102, 1103, 330 and

16 504 of the Bankruptcy Code.

17     **B.**    **Background.**

18     4.    On July 3, 2007 (the "Petition Date"), the Debtor filed its voluntary petition for

19 relief under chapter 11 of the Bankruptcy Code.

20     5.    The Debtor continues to operate its business and manage its affairs pursuant to

21 sections 1107(a) and 1108 of the Bankruptcy Code as debtor-in-possession.

22     **C.**    **Appointment of the Official Committee of Unsecured Creditors.**

23     6.    On July 19, 2007, the Office of the United States Trustee (the "U.S. Trustee")

24 appointed the Committee in the Debtor's bankruptcy case pursuant to Section 1102.  The

25 Committee is comprised of the following three (3) members:  (a) General Growth Properties, Inc.;

26 (b) Foreign Trade Corporation, dba Technocel, Inc.; and (c) Reliance Communications, LLC.

27

28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT
OF IRELL & MANELLA LLP AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

- 2 -

1    7.    On July 23, 2007, I&M was selected as counsel to the Committee.  The Committee

2    seeks to retain I&M as its bankruptcy counsel due to the Firm's extensive knowledge of debtors'

3    and creditors' rights and chapter 11 business reorganization.

4    8.    I&M has agreed with the Committee that I&M will be paid for its services and

5    expenses in accordance with the terms of I&M's retainer letter (the "<u>Retainer Agreement</u>"), a copy

6    of which is attached to the Reisner Declaration as Exhibit "1".  The Committee has further agreed

7    that I&M may be paid monthly as provided herein.  The cash collateral budget approved by the

8    Court envisions monthly payments to Committee Counsel.

9                                    **II.**

10                   <u>**REQUEST TO EMPLOY IRELL & MANELLA LLP**</u>

11    9.    The Committee is hereby seeking Court approval to employ I&M as its counsel

12    effective as of July 23, 2007, the date on which the Firm first provided services to the Committee.

13    10.    I&M is comprised of attorneys whose practice includes, among other things, the

14    areas of bankruptcy, creditors' rights, real estate, labor, litigation, and tax, and I&M is well

15    qualified to render specialized services to the Committee in this case.  All attorneys of I&M who

16    will render services to the Committee are duly licensed to practice law in the courts of the State of

17    California and are admitted to practice before the United States District Court for the Central

18    District of California.

19    11.    As specified below, I&M has agreed to accept as compensation for its services such

20    sums as may be allowed by the Court, based upon the time spent and services rendered and other

21    appropriate factors.  Subject to Court approval in accordance with Section 330(a) of the

22    Bankruptcy Code, compensation will be payable to the Firm on a hourly basis, plus

23    reimbursement of actual, necessary expenses and other charges incurred by the Firm as agreed to

24    between the Firm and the Committee.  The principal attorneys presently designated to represent

25    the Committee are Jeffrey M. Reisner and Kerri Lyman.  A brief biography of these principal

26    attorneys is attached to the Reisner Declaration as Exhibit "2."  The principal paralegal presently

27    designated to represent the Committee is Lori Gauthier.  With the exception of Mr. Reisner's

28    hourly rate, which has been reduced for this engagement by agreement with the Committee, I&M

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT
OF IRELL & MANELLA LLP AS COUNSEL TO THE OFFICIAL        - 3 -
COMMITTEE OF UNSECURED CREDITORS

has agreed to render services to the Committee at I&M's regular hourly rates, which may be subject to adjustment from time to time.  The Committee understands that the Firm will seek compensation from the Debtor's estate based on the following rates[1]:

| Name | Position | Rate |
|------|----------|------|
| Jeffrey M. Reisner | Partner | $625[2] |
| Kerri Lyman | Associate | $475 |
| Lori Gauthier | Paralegal | $180 |

12.    The Firm will use other attorneys and paraprofessionals during the course of the case as it deems appropriate.

13.    In connection with its employment by the Committee, I&M will render the following types of professional services:

a.    To advise the Committee regarding its powers, rights and responsibilities under the Bankruptcy Code;

b.    To represent the Committee in proceedings or hearings in the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court") or any other forum as agreed between the Committee and I&M in which an action or proceeding may affect the Debtor, its assets, claims of creditors or the Committee;

c.    To advise and assist the Committee in its examination and analysis of the conduct of the Debtor's affairs and the reasons for its chapter 11 filing;

d.    To advise and assist the Committee in connection with the administration of the Debtor's case, disposition of assets, and the confirmation and consummation of any proposed plan of reorganization or liquidation;

e.    To advise the Committee concerning the requirements of the Bankruptcy Code and the federal and local rules relating to the administration of the Debtor's case;

---

[1] These hourly rates are subject to periodic adjustments as provided in the Retainer Letter.

[2] Mr. Reisner's hourly billing rate has been reduced to $625 for this engagement by agreement with the Committee.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT
OF IRELL & MANELLA LLP AS COUNSEL TO THE OFFICIAL      - 4 -
COMMITTEE OF UNSECURED CREDITORS

f.    To review and analyze all applications, motions, orders, schedules and statement of affairs filed with the Court by the Debtor or third parties, advise the Committee as to their propriety, and, after consultation with the Committee, take appropriate actions;

g.    To prepare such pleadings, applications, schedules, orders and other papers as may be necessary or appropriate in connection with the Debtor's case;

h.    To advise and assist the Committee in evaluating and prosecuting any claims that the Debtor may have against third parties;

i.    To perform such other and further services as typically may be rendered by counsel for a committee of unsecured creditors in chapter 11 cases or which may be necessary or advisable in connection with the Debtor's case;

j.    Provide legal advice and assistance to the Committee in its consultation with the Debtor relative to the Debtor's administration of the case;

k.    Assist and advise the Committee in its examination and analysis of the conduct of the Debtor's affairs and the reasons for its chapter 11 filing;

l.    Apprise the Court of the Committee's analysis of the Debtor's operations;

m.    Confer with the accountants and any other professionals retained by the Committee, if any are selected and approved, so as to advise the Committee and the Court more fully of the Debtor's operations;

n.    Assist the Committee in its consideration of any plan of reorganization proposed by the Debtor or other parties-in-interest as to whether it is in the best interest of creditors and is feasible;

o.    Assist the Committee with such other services as may contribute to the confirmation of a plan of reorganization; and

p.    Assist the Committee in the determination of whether to, and if so, how to, sell the assets of the Debtor for the highest and best price.

14.    Unless otherwise agreed between I&M and the Committee, I&M will not be responsible for any of the following: (i) the provision of substantive legal advice outside the

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT
OF IRELL & MANELLA LLP AS COUNSEL TO THE OFFICIAL        - 5 -
COMMITTEE OF UNSECURED CREDITORS

1  insolvency area, such as corporate law, partnership law, non-bankruptcy taxation, securities law,

2  torts, environmental law, non-bankruptcy labor issues, criminal law, or real estate law; or

3  (ii) substantive litigation brought by the bankruptcy estate in which the Committee is primarily

4  responsible for prosecution thereof.

5  **III.**

6  **I&M'S EMPLOYMENT AS COUNSEL FOR THE COMMITTEE SATISFIES THE**

7  **REQUIREMENTS OF SECTION 1103(b) AND 330 OF THE BANKRUPTCY CODE**

8        15.    Section 1103(a) authorizes a committee, with the Court's approval, to employ

9  counsel. Section 1103(b) provides that an attorney employed to represent a committee may not,

10  while employed by the committee, represent any other entity having an adverse interest in

11  connection with the case. Section 1103(b) also provides that a professional's representation of one

12  or more creditors of the same class as represented by the committee does not per se constitute the

13  representation of an adverse interest. While section 1103(b) does not require a professional

14  representing a committee to be a "disinterested person" or to not hold an interest adverse to the

15  estate generally, the following disclosures are made to satisfy the requirements of both sections

16  1103(b) and 330 of the Bankruptcy Code.

17        16.    I&M has conducted an initial computerized search of the relevant parties in the

18  Debtor's case, as identified by the Debtor as of the Petition Date. A list of the parties searched is

19  attached to the Reisner Declaration as Exhibit "4". To the best of I&M's and the Committee's

20  knowledge, based upon a review of the parties, as detailed in the Reisner Declaration, I&M and all

21  of the attorneys comprising or employed by it are believed to be "disinterested persons" as the

22  Committee understands this term to be defined, within the meaning of Section 101(14) and

23  101(31) of the Bankruptcy Code, as modified by Section 1103(b) of the Bankruptcy Code. In

24  addition, based upon such review, insofar as the Committee has been able to ascertain, the Firm

25  and the attorneys comprising same do not hold or represent any entity in the Debtor's case having

26  an adverse interest in connection with the matters upon which the Firm is to be engaged, and do

27  not have any material connection either with the Debtor, its creditors, the Committee, or any other

28  party in interest in this case or with their respective attorneys or accountants, other than as

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT
OF IRELL & MANELLA LLP AS COUNSEL TO THE OFFICIAL       - 6 -
COMMITTEE OF UNSECURED CREDITORS

disclosed below:

a.      Because of the specialized nature of bankruptcy practice, from time to time I&M may concurrently represent one client in a particular case and the adversary of that client (or a professional employed to represent that adversary) in an unrelated case, subject to receipt of appropriate waivers when required.  For example, while representing the Committee, I&M may represent a creditor of the Debtor in that creditor's capacity either as a debtor or as a creditor of an entity that is unrelated to the Debtor.  In addition, prior to joining I&M, attorneys with I&M may have represented a creditor of the Debtor in matters unrelated to the Debtor's case.  The foregoing notwithstanding, in no event will I&M participate in such representations to the extent that they involve matters related to the Debtor.  Furthermore, while representing the Committee, I&M may represent creditors of creditors of the Debtor (including members of the Committee) in matters unrelated to the Debtor's bankruptcy case.  With respect to current representation of creditors identified in the above-described conflict search, I&M renders occasional intellectual property legal advice to Verizon Wireless in matters unrelated to the Debtor.  Although not required for this matter, I&M has a waiver from Verizon Wireless that allows it to be adverse thereto[3].

b.      With respect to members of the Committee, the Committee recognizes I&M's right to represent interests (including against members of the Committee) in matters unrelated to the Debtor's bankruptcy case.  The members of the Committee also understand and have agreed that I&M does not, by virtue of its representation of the Committee in this case, represent any of the members of the Committee (and/or their respective companies) in this case and may indeed take positions adverse to such members in their individual capacity in this case or otherwise.  With respect to current representation of the Firm adverse to creditors identified in the above-described conflict search, I&M currently represents clients in matters adverse to committee member General Growth Properties, Inc.  Although not required, I&M has established an ethical

---

[3] I&M has not outlined here where it is adverse to creditors of the Debtor in pending matters.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT
OF IRELL & MANELLA LLP AS COUNSEL TO THE OFFICIAL        - 7 -
COMMITTEE OF UNSECURED CREDITORS

wall between the lawyers handling such litigation and the lawyers representing the

Committee.

c.      Several members of I&M have professional, working, or social relationships

with firms or professionals that may be adverse to the Committee or other interests in the

Debtor's case.  In addition, several attorneys at I&M have spouses, significant others,

parents, children, siblings, fiancés or fiancées who are attorneys at other law firms or

companies that are or may be involved in the Debtor's case.  I&M's policy strictly forbids

disclosure of confidential information to anyone outside of I&M.

d.      Also, from time to time, I&M has referred work to, or has been referred

work or retained by, various professionals who may be parties in interest or may be

retained by parties in interest in this case.  These professionals include, without limitation:

(1) Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.; (2) Ezra Brutzkus Gubner;

(3) Snell & Wilmer; (4) Katten Muchin Rosenman; and (5) Allen Matkins.  I&M has not

represented, and will not represent, any of these entities in connection with any matter

related to this case.

e.      The following supplemental disclosures are made with respect to I&M's

disinterestedness and not holding an adverse interest in connection with the Debtor's case.

References to I&M include all partners and employees thereof who are expected to render

services on behalf of the Committee in this case.

•       I&M is not and was not a creditor, an equity security holder, or an insider of the

        Debtor.

•       I&M is not and was not, within two years before the date of the filing of the petition

        herein, a director, officer, or employee either of the Debtor or of any investment

        banker for any security of the Debtor.

•       Subject to the disclosures contained in the Reisner Declaration, I&M has no interest

        materially adverse to the interests of the estate or of any class of creditors or equity

        security holders, either by reason of any direct or indirect relationship to,

        connection with, or interest in the Debtor for any other reason.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT
OF IRELL & MANELLA LLP AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS          - 8 -

1    17.    To the best of the Committee's knowledge, and as set forth in the Reisner

2  Declaration, none of the attorneys comprising or employed by I&M is related to any judge of the

3  United States Bankruptcy Court for the Central District of California, the United States Trustee for

4  the Central District of California, or any person currently employed in the Office of the United

5  States Trustee for the Central District of California.  However, before becoming Bankruptcy

6  Judges in the Central District of California, the Honorable Sheri Bluebond was a partner of I&M,

7  and the Honorable Erithe Smith was a partner in a law partnership with several current I&M

8  partners.

9    18.    Based upon the foregoing, and in accordance with section 1103(b) and 330 of the

10  Bankruptcy Code, I&M and all of the attorneys comprising or employed by it are disinterested

11  persons who do not hold or represent any entity in the Debtor's case having a material adverse

12  interest in connection with the matter upon which the Firm is to be engaged.

13                                    **IV.**

14                            **COMPENSATION**

15    19.    Other than the terms of the Retainer Agreement, the terms hereof and the

16  provisions of the cash collateral order of this Court (the approved budget for which identifies a

17  monthly set aside for Committee Counsel) there has been no agreement or arrangement with I&M

18  and any other party regarding the payment of I&M's fees and expenses in the Debtor's case[4].

19  I&M did not receive a retainer in connection with the Debtor's case.

20    20.    Pursuant to section 330 of the Bankruptcy Code, the Committee may retain I&M

21  on any reasonable terms and conditions.  The most reasonable terms and conditions are those

22  charged by I&M to the Committee and other clients on a daily basis in the competitive market for

23  legal services.  I&M's hourly rates are set at a level designed to fairly compensate it for the work

24  of its attorneys and paralegals and to cover fixed and routine overhead expenses.

25    21.    In addition, it is I&M's practice and policy to charge its clients in all areas of

26  practice for expenses incurred in connection with a client's case.  The expenses charged to clients

27  include, among other things, photocopying, witness fees, travel expenses, filing and recording

28  

---

[4] I&M has agreed to waive attorneys' fees incurred solely for travel to/from the Bankruptcy Court.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT
OF IRELL & MANELLA LLP AS COUNSEL TO THE OFFICIAL       - 9 -
COMMITTEE OF UNSECURED CREDITORS

1  fees, long distance telephone calls, postage, express mail and messenger charges, computerized

2  legal research charges and other computer services, and telecopier charges.  I&M will charge for

3  these expenses in these cases in a manner and at rates consistent with those it generally charges its

4  other clients, subject to the United States Trustee Guidelines.

5        22.     Consistent with the budget and cash collateral order approved by the Court, and the

6  size of this bankruptcy case, the Committee requests that the modified fee application procedures

7  described below apply to the Firm:

8        a.     I&M will submit to the Office of the United States Trustee a monthly

9  Professional Fee Statement (the "Fee Statement") by the 20th day after the end of the month

10  during which professional services were rendered.  I&M will attach its invoices as an exhibit to

11  the Fee Statement.  In addition, I&M will serve a copy of the Fee Statement (with exhibits) to the

12  Committee, the Debtor, Debtor's counsel, and parties requesting special notice.

13        b.     If no written objection and request for a hearing is filed and served upon

14  I&M within ten (10) days after service of the Fee Statement, I&M may request payment from the

15  Debtor of its fees and expenses for which notice was given, without further notice, hearing or

16  order thereon.  Any failure by any party to object to any Fee Statement shall not be deemed to be,

17  nor construed in any manner to constitute, a waiver of any objections such party may have to the

18  request for payment of fees and costs at a later time.  Any party which does not object to any Fee

19  Statement shall be entitled to raise objections at the hearing(s) on interim and/or final fee

20  applications, as the case may be.  If timely opposition is received, the Firm will schedule the

21  matter for hearing as provided by the Local Bankruptcy Rules.

22        c.     I&M will file and serve, as appropriate, approximately every 120 days, an

23  interim fee application.  At the conclusion of the Debtor's case, I&M will file an appropriate

24  application seeking final allowance of all fees and costs.  Upon allowance of such fees and costs,

25  the Debtor will pay to I&M the difference between the amounts allowed to I&M and any interim

26  compensation paid to I&M.

27        23.     The Committee and I&M understand and agree that the compensation arrangement

28  will be subject to the provisions of section 330 of the Bankruptcy Code.  See 11 U.S.C. § 330.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT
OF IRELL & MANELLA LLP AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

- 10 -

1   I&M further understands and agrees that, if the aggregate interim payments made to I&M from

2   property of the estate exceed the amount that is ultimately allowed by this Court, I&M will be

3   required to, and will, promptly repay to the Debtor's estate such difference.

4       24.    I&M reserves the right to request that this Court award a bonus above the hourly

5   rates charged if the outcome of this case and the performance of I&M make the awarding of a

6   bonus appropriate.

7       25.    I&M has not shared or agreed to share any compensation to be received in this case

8   with any other person, except as among members of I&M.

9                                    **V.**

10                                  **NOTICE**

11      26.    Notice of this Application has been given to (1) the Office of the United States

12  Trustee, (2) The Committee of Unsecured Creditors, (3) counsel for the Debtor, and (4) parties

13  requesting special notice or otherwise entitled to notice pursuant to the Court's order specifying

14  notice entered earlier in the Debtor's bankruptcy case.  The Committee believes that such notice of

15  the Application is appropriate and sufficient.  Notice attached hereto as Exhibit "A."

16      **WHEREFORE**, the Committee prays that this Court enter an order, substantially in the

17  form attached hereto as Exhibit "1," authorizing the Committee to retain and employ I&M as

18  counsel to the Committee and granting such other and further relief as the Court may deem

19  appropriate.

20  DATED: August 14, 2007                    OFFICIAL COMMITTEE OF UNSECURED
                                              CREDITORS
21

22                                            By: _Samuel B. Garber_

23                                               General Growth Properties, Inc.
                                              Its: Chair
24                                            By: Samuel B. Garber

    Presented by:
25  IRELL & MANELLA LLP

26  By: _____
        Jeffrey M. Reisner
27  [Proposed] Counsel for the Official
    Committee of Unsecured Creditors
28  of Alert Cellular, L.C.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT
OF IRELL & MANELLA LLP AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

- 11 -

1   IRELL & MANELLA LLP
    Jeffrey M. Reisner (State Bar No. 143715)
2   Kerri Lyman (State Bar No. 241615)
    840 Newport Center Drive, Suite 400
3   Newport Beach, California 92660-6324
    Telephone:    (949) 760-0991
4   Facsimile:    (949) 760-5200

5   [Proposed] Attorneys for the Official Committee
    of Unsecured Creditors of Alert Cellular, L.C.
6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                        NORTHERN DIVISION

11

12

| | |
|---|---|
| In re | ) Case No. ND 07-10918 RR |
| | ) |
| ALERT CELLULAR, L.C., | ) Chapter 11 |
| | ) |
| | ) **NOTICE PURSUANT TO LOCAL** |
| Debtor and Debtor-in-Possession. | ) **BANKRUPTCY RULE 2014-1(b) OF** |
| | ) **SUBMISSION OF APPLICATION FOR** |
| | ) **ORDER (1) AUTHORIZING THE** |
| | ) **EMPLOYMENT OF IRELL &** |
| | ) **MANELLA LLP AS COUNSEL FOR THE** |
| | ) **OFFICIAL COMMITTEE OF** |
| | ) **UNSECURED CREDITORS OF ALERT** |
| | ) **CELLULAR, L.C.; AND (2) MODIFIED** |
| | ) **FEE APPLICATION PROCEDURES** |
| | ) |
| | ) [No Hearing Required Pursuant to Local |
| | ) Bankruptcy Rule 2014(1)(b)(1) and |
| | ) 9013-1(g)] |

22

23  **TO THE DEBTOR, THE COMMITTEE OF UNSECURED CREDITORS, PARTIES
    REQUESTING SPECIAL NOTICE OR OTHERWISE ENTITLED TO NOTICE
24  PURSUANT TO THE COURT'S ORDER SPECIFYING NOTICE PROCEDURES, AND
    TO THE OFFICE OF THE UNITED STATES TRUSTEE:**

25          **PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the

26  "Committee"), duly appointed in the chapter 11 case of Alert Cellular, L.C. (the "Debtor" or

27  "Alert"), has filed its application for an order (1) authorizing the employment of Irell & Manella

28  LLP ("I&M") as counsel to the Committee effective as of July 23, 2007; and (2) for modified fee

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership including
Professional Corporations

NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 2014-1(b) OF
SUBMISSION OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT
OF IRELL & MANELLA LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

Exhibit _A_
Page _12_

1   application procedures (the "Application").  By the Application, the Committee seeks court

2   approval to retain I&M as its counsel effective as of July 23, 2007, the date on which I&M first

3   provided services to the Committee, to provide the following services:

4        a.      To advise the Committee regarding its powers, rights and responsibilities

5   under the Bankruptcy Code;

6        b.      To represent the Committee in proceedings or hearings in the United States

7   Bankruptcy Court for the Central District of California (the "Bankruptcy Court") or any

8   other forum as agreed between the Committee and I&M in which an action or proceeding

9   may affect the Debtor, its assets, claims of creditors or the Committee;

10       c.      To advise and assist the Committee in its examination and analysis of the

11  conduct of the Debtor's affairs and the reasons for its chapter 11 filing;

12       d.      To advise and assist the Committee in connection with the administration of

13  the Debtor's case, disposition of assets, and the confirmation and consummation of any

14  proposed plan of reorganization or liquidation;

15       e.      To advise the Committee concerning the requirements of the Bankruptcy

16  Code and the federal and local rules relating to the administration of the Debtor's case;

17       f.      To review and analyze all applications, motions, orders, schedules and

18  statement of affairs filed with the Court by the Debtor or third parties, advise the

19  Committee as to their propriety, and, after consultation with the Committee, take

20  appropriate actions;

21       g.      To prepare such pleadings, applications, schedules, orders and other papers

22  as may be necessary or appropriate in connection with the Debtor's case;

23       h.      To advise and assist the Committee in evaluating and prosecuting any

24  claims that the Debtor may have against third parties;

25       i.      To perform such other and further services as typically may be rendered by

26  counsel for a committee of unsecured creditors in chapter 11 cases or which may be

27  necessary or advisable in connection with the Debtor's case;

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -   Exhibit _____ A

Page _____ 13

j.     Provide legal advice and assistance to the Committee in its consultation with the Debtor relative to the Debtor's administration of the case;

k.     Assist and advise the Committee in its examination and analysis of the conduct of the Debtor's affairs and the reasons for its chapter 11 filing;

l.     Apprise the Court of the Committee's analysis of the Debtor's operations;

m.     Confer with the accountants and any other professionals retained by the Committee, if any are selected and approved, so as to advise the Committee and the Court more fully of the Debtor's operations;

n.     Assist the Committee in its consideration of any plan of reorganization proposed by the Debtor or other parties-in-interest as to whether it is in the best interest of creditors and is feasible;

o.     Assist the Committee with such other services as may contribute to the confirmation of a plan of reorganization; and

p.     Assist the Committee in the determination of whether to, and if so, how to, sell the assets of the Debtor for the highest and best price.

I&M has received no retainer in this case and will seek payment from the estate based on the hourly rates set forth in the Application and pursuant to the procedures set forth in the Application. The principal attorneys presently designated to represent the Committee are Jeffrey M. Reisner ($625 hourly rate) and Kerri Lyman ($475 hourly rate). The principal paralegal presently designated to represent the Committee is Lori Gauthier ($180 hourly rate). Consistent with the budget and cash collateral order approved by the Court, and the size of this bankruptcy case, the Committee requests that the modified fee application procedures described below apply to the Firm:

a.     I&M will submit to the Office of the United States Trustee a monthly Professional Fee Statement (the "Fee Statement") by the 20th day after the end of the month during which professional services were rendered. I&M will attach its invoices as an exhibit to the Fee Statement. In addition, I&M will serve a copy of the Fee Statement (with exhibits) to the Committee, the Debtor, Debtor's counsel, and parties requesting special notice.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 3 -     Exhibit _____**A**_____

Page _____ **14**

1            b.     If no written objection and request for a hearing is filed and served upon

2 I&M within ten (10) days after service of the Fee Statement, I&M may request payment from the

3 Debtor of its fees and expenses for which notice was given, without further notice, hearing or

4 order thereon.  Any failure by any party to object to any Fee Statement shall not be deemed to be,

5 nor construed in any manner to constitute, a waiver of any objections such party may have to the

6 request for payment of fees and costs at a later time.  Any party which does not object to any Fee

7 Statement shall be entitled to raise objections at the hearing(s) on interim and/or final fee

8 applications, as the case may be.  If timely opposition is received, the Firm will schedule the

9 matter for hearing as provided by the Local Bankruptcy Rules.

10            c.     I&M will file and serve, as appropriate, approximately every 120 days, an

11 interim fee application.  At the conclusion of the Debtor's case, I&M will file an appropriate

12 application seeking final allowance of all fees and costs.  Upon allowance of such fees and costs,

13 the Debtor will pay to I&M the difference between the amounts allowed to I&M and any interim

14 compensation paid to I&M.

15         Pursuant to Local Bankruptcy Rule 2014-1(b)(1), a hearing is not required in connection

16 with the Application.

17         Any objection to the proposed Application and request for a hearing must be in the form

18 prescribed by Local Bankruptcy Rule 9013-1(a)(7) and must be filed and served on the

19 Committee, its proposed counsel and the Office of the United States Trustee no later than fifteen

20 (15) days from the date of service of this notice.

21         A true and complete copy of the Application can be obtained by contacting Lori Gauthier,

22 Paralegal, at Irell & Manella, LLP, 840 Newport Center Drive, Suite 400, Newport Beach,

23 California 92660-6324, (949) 760-5130.

24 DATED:  August **14**, 2007

25                 IRELL & MANELLA LLP

26                 By: _____

27                 Jeffrey M. Reisner
                   [Proposed] Counsel for the Official

28                 Committee of Unsecured Creditors
                   of Alert Cellular, L.C.

Exhibit ___
Page ___ 15

1

.2

## PROOF OF SERVICE

3      I am employed in the County of Orange, State of California. I am over the age of 18 and
not a party to the within action. My business address is 840 Newport Center Drive, Suite 400,
4  Newport Beach, California 92660-6324.

5      On August 14, 2007, I served the foregoing document described as **NOTICE
PURSUANT TO LOCAL BANKRUPTCY RULE 2014-1(b) OF SUBMISSION OF
6  APPLICATION FOR ORDER (1) AUTHORIZING THE EMPLOYMENT OF IRELL &
MANELLA LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
7  CREDITORS OF ALERT CELLULAR, L.C.; AND (2) MODIFIED FEE APPLICATION
PROCEDURES** on each interested party, as follows:

8
                      REFER TO ATTACHED SERVICE LIST
9

10
      [X]      (BY MAIL)  I placed a true copy of the foregoing document in a sealed
11             envelope addressed to each interested party, as set forth above. I placed each
               such envelope, with postage thereon fully prepaid, for collection and mailing at
12             Irell & Manella LLP, Newport Beach, California. I am readily familiar with
               Irell & Manella LLP's practice for collection and processing of correspondence
13             for mailing with the United States Postal Service. Under that practice, the
               correspondence would be deposited in the United States Postal Service on that
14             same day in the ordinary course of business.

15  Executed on August 14, 2007, at Newport Beach, California.

16  I declare under penalty of perjury that the foregoing is true and correct.

17

18  _____          _____
         Allyson Cohen                                 (Signature)
19       (Type or print name)

20

21

22

23

24

25

26

27

28

1739254.1.01

*Alert Cellular, L.C.*
*Limited Service List*

Counsel for Debtor
Malhar S. Pagay, Esq.
Scott E. McFarland, Esq.
Pachulski, Stang, Ziehl & Young, P.C.
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

Office of the United States Trustee
Brian Fittipaldi
San Fernando Valley Division
21051 Warner Center Lane, Ste. 115
Woodland Hills, CA 91367

Brian Fittipaldi
United States Trustee
Northern Division
128 East Carrillo Street, Ste. 126
Santa Barbara, CA 93101

David Eseke Jr., Managing Member &
Chief Executive Officer
Alert Cellular, L.C.
4180 Via Real, Ste. E
Carpinteria, CA 93013

Attorneys for Technocel
Bobby Samini, Esq.
Samini & Associates
1201 Dove Street, Ste. 400
Newport Beach, CA 92660

Attorneys for Reliance Communications
Martin S. Zohn/Scott Rutsky
Proskauer Rose
2049 Century Park East, Ste. 3200
Los Angeles, CA 90067-3206

Counsel to General Growth Properties
Ivan M. Gold, Esq.
Allen Matkins Leck Gamble Mallory &
Natsis LLP
Three Embarcadero Ctr., 12th Floor
San Francisco, CA 94111-4074

Counsel to Cellco Partnership and Related
Entities dba Verizon Wireless
Julia W. Brand, Esq.
Katten Muchin Rosenman LLP
2029 Century Park East, Ste. 2600
Los Angeles, CA 90067

T-Mobile USA, Inc.
Legal Department
Attn: Susan Hacker
12920 S.E. 38th Street
Bellevue, WA 98006

Counsel to T-Mobile USA, Inc.
Jon Rizzardi
John R. Knapp, Jr.
Cairncross & Hempelmann, P.S.
524 Second Avenue, Ste. 500
Seattle, WA 98104-2323

*20 Largest Unsecured Creditors*

Samuel B. Garber, Esq.
Assistant General Counsel to General
Growth Management, Inc.
110 North Wacker Drive
Chicago, IL 60606

Reliance Communications, LLC
Attn: Parveen aka Mike-Narula
20A Commerce Way
Totowa, NJ 07512

Global Warranty Group
Attn: Corporate Officer
500 Middle Country Road
St. James, NY 11780

Westfield
Attn: Corporate Officer
11601 Wilshire Blvd., 11th Floor
Los Angeles, CA 90025

Brightstar
Attn: Mario Alonso
PO Box 534204
Atlanta, GA 30353

Cellular Max Inc.
Attn: Eric Lawrence
PO Box 2470
Beaumont, TX 77704

Mayer Hoffman McCann-Cbiz
Attn: Corporate Officer
File 50441
Los Angeles, CA 90074

Foreign Trade Corporation dba Technocel,
Inc.
Attn: Rami Rostami
130 W. Cohcran Street
Simi Valley, CA 93065

Wireless Xcessories
Attn: Dana Crouse
1840 County Line Road
Huntington Valley, PA 19006

Advo
Attn: Tony Freda
PO Box 1323
Moab, UT 84532

Dewerd Capital Partners
Attn: Corporate Officer
3345 Foxen Canyon Road
PO Box 277
Los Olivos, CA 93441

Aerovoice
Attn: Rafi
2265 E. El Segundo Blvd.
El Segundo, CA 90245

Staples
Attn: Gail or Authorized Agent
500 Staple Drive
Framington, MA 01702

Federal Express
Attn: Authorized Agent
PO Box 7221
Pasadena, CA 91109

Wireless One
Attn: Bill Peck
9710 De Soto Avenue
Chatsworth, CA 91311

Exhibit _____ A _____
Page _____ 17 _____

Boise Mall LLC
Attn: Corporate Officer
350 N. Milwaukee
Boise, ID 83704

Macerich Company
Attn: Carol Milton
Legal Department
401 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401

***Requests for Special Notice and Other
Parties in Interest***

Attorneys for Landlord Creditors
The Macerich Company & Westfield Corp.
Thomas J. Leanse/Dustin P. Branch
Katten Muchin Rosenman LLP
2029 Century Park East, Ste. 2600
Los Angeles, CA 90067-3012

Attorneys for Cellular Max, Inc.
Scott C. Kinsel, Esq.
Moore Landrey Law Firm, LLP
1609 Shoal Creek Blvd., Ste. 100
Austin, TX 78701

Wells Fargo
Attn: Jeff Pero
Senior Business Relationship Manager
299 South Main, 11th Floor
Salt Lake City, UT 84111

Attorneys for David Eseke, Jr.
Joseph A. Eisenberg P.C.
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Richard L. Tobler, Esq.
Richard L. Tobler, Ltd.
3654 North Rancho Drive
Las Vegas, NY 89130-3179

Plaza Bonita, LP
Attn: Corporate Officer
3030 Plaza Bonita Rd., #2075
National City, CA 91950

Simon Property Group
Attn: Corporate Officer
115 West Washington Street
Indianapolis, IN 46204

Attorneys for T-Mobile
Barry Glaser, Esq.
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Ste. 500
Woodland Hills, CA 91367

Attorneys for In Touch Concepts Inc.
Jaspreet S. Mayall, Esq.
Certilman Balin Adler & Hyman LLP
90 Merrick Avenue
East Meadow, NY 11554

Attorneys for JP Morgan Chase Bank NA
Philip R. Rudd
Kutak Rock LLP
8601 North Scottsdale Road, Ste. 300
Scottsdale, AZ 85253

Wells Fargo & Co.
Attn: Mr. Howard I. Atkins
Chief Financial Officer
420 Montgomery Street
San Francisco, CA 94104

Los Angeles County Treasurer and Tax
Collector
PO Box 54110
Los Angeles, CA 90051-0110

Kenneth D. Turner
16730 David Glen Drive
Friendswood, TX 77546

UPS
Attn: Terry
Lockbox 577
Carol Stream, IL 60132

Counsel for JP Morgan Chase
c/o Michael B. Reynolds, Esq.
Robert R. Kinas, Esq.
Snell & Wilmer LLP
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626

Attorneys for Placo Investment, LLC
Samuel Oh, Esq.
Lim, Ruger & Kim, LLP
1055 West Seventh Street, Ste. 2800
Los Angeles, CA 90017

Paul F. Donsbach, Esq.
Kutak Rock LLP
515 South Figueroa Street, Ste. 1240
Los Angeles, CA 90071

Wells Fargo Bank, N.A.
Attn: Corporate Officer
PO Box 8203
Boise, ID 83707-2203

Centro Properties Group
Attn: Joel Crystal, Esq.
420 Lexington Avenue
New York, NY 10170

Cafaro Management Company
Attn: Richard T. Davis
2445 Belmont Avenue, PO Box 2186
Youngstown, OH 44504-0186

Exhibit ___A___
Page ___18___

1 | IRELL & MANELLA LLP
Jeffrey M. Reisner (State Bar No. 143715)
2 | Kerri Lyman (State Bar No. 241615)
840 Newport Center Drive, Suite 400
3 | Newport Beach, California 92660-6324
Telephone:    (949) 760-0991
4 | Facsimile:    (949) 760-5200

5 | [Proposed] Attorneys for the Official Committee
of Unsecured Creditors of Alert Cellular, L.C.

6

7

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **NORTHERN DIVISION**

11

12

13 | In re                                          ) Case No. ND 07-10918 RR
                                                   )
14 | ALERT CELLULAR, L.C.,                          ) Chapter 11
                                                   )
15 |                                                ) **[PROPOSED] ORDER (1)**
                Debtor and Debtor-in-Possession.   ) **AUTHORIZING THE EMPLOYMENT**
16 |                                                ) **OF IRELL & MANELLA LLP AS**
                                                   ) **COUNSEL FOR THE OFFICIAL**
17 |                                                ) **COMMITTEE OF UNSECURED**
                                                   ) **CREDITORS OF ALERT CELLULAR,**
18 |                                                ) **L.C.; AND (2) MODIFIED FEE**
                                                   ) **APPLICATION PROCEDURES**
19 |                                                )
                                                   ) [No Hearing Required Pursuant to Local
20 |                                                ) Bankruptcy Rule 2014(1)(b)(1) and
                                                   ) 9013-1(g)]
21 |                                                )

22

23 |        The Court has considered the Application for Order (1) Authorizing the Employment of

24 | Irell & Manella LLP as Counsel for the Official Committee of Unsecured Creditors of Alert

25 | Cellular L.C.; and (2) Modified Fee Application Procedures (the "Application") and the

26 | Declaration of Jeffrey M. Reisner in Support of  Application for Order (1) Authorizing the

27 | Employment of Irell & Manella LLP as Counsel for the Official Committee of Unsecured

28 | Creditors of Alert Cellular L.C.; and (2) Modified Fee Application Procedures (the "Reisner

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER (1) AUTHORIZING THE EMPLOYMENT OF IRELL &
MANELLA LLP

Exhibit _____
Page _____ 19

1  Declaration"), filed on August 14, 2007, by the Official Committee of Unsecured Creditors (the

2  "Committee"), duly appointed in the chapter 11 case of Alert Cellular, L.C. (the "Debtor").

3      It appears that Irell & Manella LLP ("I&M") does not hold or represent any interest

4  adverse to the Debtor's estate, that I&M is a disinterested person, and that its employment is in the

5  best interest of the estate.  It further appears that due and sufficient notice of the Application has

6  been given under the circumstances and that no hearing on the Application is required.  Based on

7  the record before the Court, and after due deliberation and sufficient cause shown,

8      **IT IS HEREBY ORDERED THAT**:

9      1.      The Application is granted in its entirety.

10     2.      The Committee is hereby authorized to employ I&M as counsel to the Committee,

11  at the expense of the Debtor's estate, effective as of July 23, 2007, on the terms set forth more

12  fully in the Application.

13  DATED: _____

14                                              HONORABLE ROBIN RIBLET
                                                UNITED STATES BANKRUPTCY JUDGE

15

16

17  PRESENTED BY:

18  IRELL & MANELLA LLP

19  By: _____
20  Jeffrey M. Reisner
    [Proposed] Counsel for the Official
21  Committee of Unsecured Creditors
    of Alert Cellular, L.C.

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -        Exhibit ___
             Page ___ 20

1

2                                 **PROOF OF SERVICE**

3         I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 840 Newport Center Drive, Suite 400, Newport Beach,

4 California 92660-6324.

5         On August 14, 2007, I served the foregoing document described as **APPLICATION FOR ORDER (1) AUTHORIZING THE EMPLOYMENT OF IRELL & MANELLA LLP AS COUNSEL**

6 **FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALERT CELLULAR, L.C.; AND (2) MODIFIED FEE APPLICATION PROCEDURES** on each interested party, as follows:

7

8                     **Counsel for Debtor**

                    Malhar S. Pagay, Esq.

9                     Scott E. McFarland, Esq.

                    Pachulski, Stang, Ziehl & Young, P.C.

10                     10100 Santa Monica Blvd., 11th Floor

                    Los Angeles, CA  90067-4100

11                     **Office of the United States Trustee**

                    Brian Fittipaldi

12                     San Fernando Valley Division

                    21051 Warner Center Lane, Ste. 115

                    Woodland Hills, CA  91367

13                     **Office of the United States Trustee**

                    Brian Fittipaldi

14                     Northern Division

                    128 East Carrillo Street, Ste. 126

15                     Santa Barbara, CA  93101

16                     **Official Committee of Unsecured Creditors**

                    Samuel B. Garber, Esq., Chair

17                     Assistant General Counsel to General Growth

                    Management, Inc.

18                     110 North Wacker Drive

                    Chicago, IL  60606

19

20 [X]        (BY MAIL)  I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party, as set forth above.  I placed each such envelope, with

21 postage thereon fully prepaid, for collection and mailing at Irell & Manella LLP, Newport Beach, California.  I am readily familiar with Irell & Manella LLP's practice

22 for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, the correspondence would be deposited in the

23 United States Postal Service on that same day in the ordinary course of business.

Executed on August 14, 2007, at Newport Beach, California.

24

I declare under penalty of perjury that the foregoing is true and correct.

25

                                                  

26                 Allyson Cohen                                               

               (Type or print name)                             (Signature)

27

28