Malhar S. Pagay (CA Bar No. 189289)
Scotta E. McFarland (CA Bar No. 165391)
PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

[Proposed] Attorneys for Alert Cellular, L.C.,
Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>**ALERT CELLULAR, L.C.,**<br><br>　　　　　　　　Debtor. | Case No.: 9-07-BK-10918<br><br>Chapter 11<br><br>**SUBMISSION OF SCHEDULES OF ASSETS AND LIABILITIES**<br><br>[NO HEARING REQUIRED] |

　　　　ALERT CELLULAR, L.C., debtor and debtor in possession herein, hereby submits its Schedules of Assets and Liabilities.

Dated: August 14, 2007

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

By   */s/ Malhar S. Pagay*
　　　Malhar S. Pagay
　　　[Proposed] Attorneys for Debtor and Debtor
　　　in Possession

03311-002\DOCS_LA:170810.1

## GENERAL NOTES TO SCHEDULES OF ASSETS AND
## LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

ALERT CELLULAR, L.C., a Utah limited liability company (the "Debtor") submits its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement") pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007.

The Schedules and Statement have been prepared by the Debtor's management and are unaudited. While management of the Debtor has endeavored to ensure that the Schedules and Statement are accurate and complete based on information that was available at the time of preparation, the subsequent receipt of information may result in material changes in data contained in the Schedules and Statement that would warrant amendment of same. Additionally, while the Debtor has endeavored to file complete and accurate Schedules and Statement, inadvertent errors or omissions may exist. Accordingly, the Debtor reserves the right to amend its Schedules and Statement as necessary or appropriate and expects it will do so as information becomes available.

Unless otherwise stated, the asset and liability data contained in the Schedules and Statement are reflected at net book value as of July 3, 2007, the date the Debtor commenced its chapter 11 case (the "Petition Date"). Actual fair market values may differ materially from book values. The Debtor is still investigating the fair market value of its assets.

The Debtor has endeavored to allocate liabilities between the prepetition and postpetition periods. Additional information may become available that would cause the allocation of liabilities between prepetition and postpetition periods to change. If this occurs, the Debtor will make appropriate amendments to the Schedules and Statement.

Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to subsequently designate any claim as "disputed," "contingent" or "unliquidated." The Debtor further reserves the rights to dispute, object to, assert counterclaims, rights of setoff, rights of recoupment, or defenses to, subordinate, avoid, and/or obtain reclassification of any claim or any interest in property securing such claim.

The dollar amounts of claims listed may be exclusive of contingent and unliquidated amounts.

The claims of creditors for, among other things, merchandise, goods, services, or taxes may be listed at the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights with respect to any such credits and allowances.

The claims that are listed on Schedules D, E and F may not reflect the application of any payments made in respect of such claims following the Petition Date, pursuant to a creditor's right of recoupment or the Court's orders.

   The identity of some of the holders of claims might have changed over time due to trading and/or transfer of certain of these claims. The Debtor believes (but is not sure) that the claims against the Debtor were as of the Petition Date held by the entities identified in these Schedules (or affiliates of such entities or beneficial holders for which such entities are nominees or asset managers), in the principal amounts set forth herein, without inclusion of accrued and unpaid interest (unless expressly noted that interest is included).

# United States Bankruptcy Court
# Central District Of California

ALERT CELLULAR, L.C.     07-10918-RR
Debtor     Case No. (If known)

    11
    Chapter

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED ASSETS | AMOUNTS SCHEDULED LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $0.00 | | |
| B - Personal Property | YES | 28 | $9,005,205.05 | | |
| C - Property Claimed As Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $3,517,609.04 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 84 | | $119,946.93 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 56 | | $6,307,908.67 | |
| G - Executory Contracts and Unexpired Leases | YES | 20 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | |
| J - Current Expenditures of Individual Debtor(s) | NO | | | | |
| Total | | 193 | $9,005,205.05 | $9,945,464.64 | |

B6